1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    JOSE GARCIA,                                    1:09-cv-01664-OWW-SMS (HC)

10                      Petitioner,
                                                     ORDER AUTHORIZING IN FORMA
11         v.                                        PAUPERIS STATUS

12
     UNNAMED,
13
                        Respondent.
14   _____/

15
16        Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is

17   proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to

18   28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.

19
     IT IS SO ORDERED.
20
     **Dated:    October 13, 2009**              _____/s/ Sandra M. Snyder_____
21                                               UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28

1